**JOEL S. COHEN, P.C.**
ATTORNEY AT LAW
Glory China Tower
11 East Broadway, Suite 8D
New York, N.Y. 10038
Tel: (212) 571-8899
Fax: (212) 571-9557
E-mail: jcoso99@aol.com

FRANCES E. EDWARDS, ESQ.
OF COUNSEL

TSUI CHI (STONEE) YEUNG
PARALEGAL & INTERPRETER

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 10 2006 ★

BROOKLYN OFFICE

April 3, 2006

**Via Facsimile and ECF**
The Honorable John Gleeson
United States District Judge
United States District Court
225 Cadman Plaza
Brooklyn, NY 11201

[handwritten: Sentence adjourned to 4/21/06 @ 2:00 PM]    s/John Gleeson

Re: United States v. Sandy Hernandez
    Docket No. 03 CR 1198 (JG)

Sandy Hernandez is scheduled to be sentenced on Friday, April 7. The Court has already adjourned this proceeding once at my request. Although most matters relating to sentencing have been resolved, there is still an issue or two related to sentencing that remains to be resolved, and a document I require from the Government. Unfortunately, Mr. Leff, the AUSA, is away from his office until later this week. I have already left word for him to contact me immediately upon his return.

I therefor respectfully request that this matter be adjourned for a week or two. Although I have been unable to discuss the fact that I would be making this request with Special Assistant United States Attorney Douglas Leff, based on prior conversations with him I have no reason to believe he would object. Thank you.

Very truly yours,

Joel S. Cohen

cc: Douglas Leff, SAUSA