Joel S. Cohen, P.C.
11 East Broadway, Suite 8-D
New York, NY 10038
Tel: 212-571-8899
Fax: 212-571-9557
Email: jcesq99@aol.com

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 26 2006 ★

BROOKLYN OFFICE

April 14, 2006

*Sentence adjourned to May 12, 2006 at 2:00 pm*

*So ordered*

VIA FACSIMILE and ECF
The Honorable Sandra Townes
United States District Judge
United States District Court
225 Cadman Plaza
Brooklyn, NY 11201

s/John Gleeson

USDJ

4-17-06

Re: United States v. Sandy Hernandez
    Docket No. 03-cr-1198-(JG)

Dear Judge Gleeson:

The Court has granted prior applications to adjourn sentence in this matter, and it is presently scheduled for April 21 at 2:00 P.M. I reluctantly must ask for another adjournment, owing to the fact that I spent nearly three full days this week doing detention hearings on two new matters. Between that and the holidays, (and I must devote time to Passover as well as Easter as my wife is Episcopalian), I just will not have enough time between now and April 21 to properly complete my sentencing submission.

I have discussed this matter with A.U.S.A. Douglas Leff, and he has again graciously consented. The dates we propose, subject to the Court's approval and convenience, are May 3, 4, 10 or 11.

The Honorable John Gleeson
United States District Judge
Page two

I apologize if I have (again) inconvenienced the Court. Thank you for considering this application, which, if granted, will certainly be the last.

Very truly yours,

Joel S. Cohen (JC-6998)

cc: AUSA Douglas Leff